No. 01–6861. THOMAS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6862. SARMIENTO *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–6865. CALLICUTT *v.* CHILDS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6866. ESPINOZA *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 01–6867. CHARLES *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6868. BOULINEAU *v.* ROULAIN, DEPUTY WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6869. COSEY *v.* TREON, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6871. COOPER *v.* ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 01–6872. ENSMINGER *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 01–6873. JACKSON *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–6877. ISOM *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–6880. HINKLE *v.* COUNTZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6881. HARRIS *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 01–6882. HINKLE *v.* JOHNSTON ET AL. C. A. 5th Cir. Certiorari denied.